UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 20-19-DLB-EBA

LISA SPRADLIN                                                                                          PLAINTIFF

v.                                                    **JUDGMENT**

JAMES PRIMM                                                                                          DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith, and the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)   Defendant's Motion to Summary Judgment (Doc. # 33) is **GRANTED**. **Judgment is entered for Defendant on all of Plaintiff's claims**;

(2)   Plaintiff's Complaint (Doc. # 1) is **DISMISSED WITH PREJUDICE**; and

(3)   This matter is **STRICKEN** from the Court's active docket.

This is a **FINAL and APPEALABLE** Order and no just cause for delay exists.

This 25th day of January, 2022.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\ORDERS\PikeCivil\2020\20-19 Judgment.docx